Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ebise Bayisa
Assistant Federal Public Defender
District of Columbia Bar No. 974534
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ebise_Bayisa@fd.org

*Attorney for Petitioner Jorge Vega

# United States District Court
# District of Nevada

Jorge Vega

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02123-RFB-NJK

**Stipulation to Extend Time to File Amended Petition**

**(First Request)**

Petitioner and Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time of 14 days for Petitioner to file an amended writ of habeas corpus, moving the deadline to from July 24, 2026, to August 7, 2026.[1]

This extension is warranted because counsel for Mr. Vega will be out of the office between July 20, 2026, and July 24, 2024. As such, she will not be able to meet with Mr. Vega, nor determine what claims are appropriate, before the current due

[1] ECF No. 3.

date for the amended petition. This is the first request for an extension to file an amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Vega to file an amended petition to August 7, 2026.

Respectfully submitted this 17th day of July 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

/s/ *Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Ebise Bayisa*
Ebise Bayisa
Assistant Federal Public Defender

**IT IS SO ORDERED:**



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**Dated: July 20, 2026.**